B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chenault, John Adam** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1044** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7236 Bonnie Drive**<br>**Village of Lakewood, IL**<br>ZIP Code **60014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Chenault, John Adam** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **Garage Store and More, Inc.** | Case Number: **07-72522** | Date Filed: **10/18/07** |
| District: **Northern District of Illinois, Western Division** | Relationship: **President** | Judge: **Manuel Barbosa** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Stephen G. Balsley**         **January  9, 2008** <br>  Signature of Attorney for Debtor(s)          (Date) <br>  **Stephen G. Balsley** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Chenault, John Adam**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Adam Chenault**
Signature of Debtor  **John Adam Chenault**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 9, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Stephen G. Balsley**
Signature of Attorney for Debtor(s)

**Stephen G. Balsley**
Printed Name of Attorney for Debtor(s)

**Stephen G. Balsley**
Firm Name

**Barrick, Switzer, Long, Balsley & Van Evera**
**6833 Stalter Drive**
**Rockford, IL 61108**

Address

**815/962-6611  Fax: 815/962-0687**
Telephone Number

**January 9, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **John Adam Chenault**  
Debtor(s)

Case No.  
Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John Adam Chenault**
                                 **John Adam Chenault**

Date:  **January 9, 2008**

ABC/Amega, Inc.
1100 Main Street
Buffalo, NY 14209


ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485


Aetna
P.O. Box 44129
Jacksonville, FL 32231


Aetna
P.O. Box 14024
Lexington, KY 40512


Algonquin Industries, LLC
2030 North Seminary Avenue
Woodstock, IL 60098


Allied Waste Services #933
1330 Gasket Drive
Elgin, IL 60120


Allied Waste Services #933
P.O. Box 9001154
Louisville, KY 40290-1154


AllPrint, Inc.
66 Tournament Drive South
Hawthorn Woods, IL 60047


American Family Products
1275 Lakeside Drive
Romeoville, IL 60446


American Honda Finance Corporation
P.O. Box 650024
Dallas, TX 75265-0024


Another Room Storage
18307 Beck Road
Marengo, IL 60152

```
Aramsco
P.O. Box 29
Thorofare, NJ 08086-0029


Arc Disposal
P.O. Box 9001822
Louisville, KY 40290-1822


Arc Disposal
2101 South Busse Road
Mt. Prospect, IL 60056


Ariano, Hary, Nyuli, et al.
474 Summit Street
Elgin, IL 60120


AT&T
Bill Payment Center
Saginaw, MI 48663-0003


AT&T Long Distance
P.O. Box 660688
Dallas, TX 75266-0688


AT&T Yellow Pages
c/o R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682-0085


Attorney Perry G. Callas
5412 Route 31, Suite 5
Crystal Lake, IL 60012


Auto Care Products, Inc.
6345 nancy Ridge Drive
San Diego, CA 92121


Automotive Lift Service & Equipment
1172 Sweetwater Ridge
Lake In The Hills, IL 60156


BCU
400 North Lakeview Drive
Vernon Hills, IL 60061
```

BCU
400 North Lakeview Parkway
Vernon Hills, IL 60061


BCU Credit Card
400 North Lakeview Parkway
Vernon Hills, IL 60061


C Beyond
13474 Collection Center Drive
Chicago, IL 60693


Capital One
P.O. Box 790217
St. Louis, MO 63179-0217


Capital One


Car Pad
400 Main Street
Dayton, NV 89403


Cash Coupon Book
6905 Sierra Drive
Darien, IL 60651


Citibank - Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


City of Naperville
P.O. Box 4231
Carol Stream, IL 60197-4231


Clipper Magazine
P.O. Box 610
Mountville, PA 17554


Com Ed
Bill Payment Center
Chicago, IL 60668-0001

```
Comcast Spotlight
TM Graphics
560 Lively Boulevard
Elk Grove Village, IL 60007


Coupon Magazine
85 Market Street, #105
Elgin, IL 60123


Crown Polymers, LLC
11111 Kiley Drive
Huntley, IL 60142


Custom Plastics, Inc.
1940 Lunt Avenue
Elk Grove Village, IL 60007


D. Norton
The Norton Law Firm
2789 Woodmere Drive
Darien, IL 60561


Daily Herald
P.O. Box 280
Arlington Heights, IL 60006


Daytona Brands
1060 East Industrial Drive
Building C
Orange City, FL 32763


Direct TV
P.O. Box 740603
Atlanta, GA 30374


Dish Network
Dept. 0063
Palatine, IL 60055-0063


Donald Swanson
c/o Jeffrey Rouhanden
100 - 1/2 Cass Street, Box 1289
Woodstock, IL 60098
```

```
Ettore
2100 North Loop Road
Alameda, CA 94502


Fed Ex
P.O. Box 94515
Palatine, IL 60094-4515


Forsite Wireless
28W144 Industrial Avenue
Suite 110
Barrington, IL 60010


Fox Valley Internal Medicine
650 Dakota Street
Crystal Lake, IL 60012


Francorp
20200 Governors Drive
Olympia Fields, IL 60461


Franks, Gerkin & McKenna, P.C.
19333 East Grant Highway
P.O. Box 5
Marengo, IL 60152


Gateway Global
16720 Marquart Avenue
Cerritos, CA 90703


GIBL, LLC
1617 Bryan Road
O'Fallon, MO 63366


GMAC
P.O. Box 9001951
Louisville, KY 40290-1951


Goldberg, Kohn
55 East Monroe, Suite 3300
Chicago, IL 60603


Hapa Corporation
4510 Rolling Hills Drive
Lake In The Hills, IL 60156
```

Illinois Department of Revenue
Springfield, IL 62796-0001


Indiana Insurance
P.O. Box 2050
Keene, NH 03431


Inland Commercial Property Mgmt.
4575 Payshere Circle
Chicago, IL 60674


Innovative Material Handling, Inc.
815 Houser Way North, Suite C
Renton, WA 98055


Innovative Solutions
26541 Agoura Road
Calabasas, CA 91302


JA Frate
P.O. Box 497
Crystal Lake, IL 60039-0497


JA Transportation
P.O. Box 578
Crystal Lake, IL 60039


JALIC G.T.
Assurant Health
9955 - 59th Avenue
Plymouth, MN 55442


Joe Due Blades & Equipment
P.O. Box 134
Mauston, WI 53948


K.D.T., Inc.
4517 Prime Parkway
McHenry, IL 60050


Karajen Corp.
P.O. Box 704
Libertyville, IL 60048

```
Keystone Realty
23 South Spring Street
Elgin, IL 60120


Lake In The Hills Sanitary District
515 Plum Street
Lake In The Hills, IL 60156


M&A Precision Truck Repair
1480 Imhoff Drive
Lake In The Hills, IL 60156


Maytag/Hoover Corporation
P.O. Box 635633
Cincinnati, OH 45263-5633


Michelle C. Gehris
2030 North Seminary Avenue (Rt. 47)
Woodstock, IL 60098


Midwest Fuel Injection
1100 Hosler Drive
Bolingbrook, IL 60490


Mixed Media Group, Inc.
c/o Norman D. Vinton
101 North Throop Street
Woodstock, IL 60098


MODINE
Dept. 77611
Detroit, MI 48277-0611


Money Saver
480 West Lake Street
Roselle, IL 60172


NCO Financial Systems
Moraine Emergency Physicians
507 Prudential Road
Horsham, PA 19044


Nicor
P.O. Box 416
Aurora, IL 60568-0001
```

North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3391


North Shore Gas
Peoples Energy
P.O. Box 0
Chicago, IL 60690-3991


North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3991


North Shore Gas
3001 Grand Avenue
Waukegan, IL 60085


Northwest Community Hopsital
Patient Financial Services
3060 Salk Creek Lane, Suite 110
Arlington Heights, IL 60005


Northwest Newsgroup
P.O. Box 250
Crystal Lake, IL 60014


Office Depot
2200 Old German Town Road
Delray Beach, FL 33445


OSF Centegra Memorial
1375 East Woodfield Road, #110
Schaumburg, IL 60173


OSF Collection Services, Inc.
1375 East Woodfield Road, #110
Schaumburg, IL 60173


Porte Brown
Porte Brown, LLC
845 Oakton Street
Elk Grove Village, IL 60007

```
Pro Fastening Systems, Inc.
44 East University Drive
Arlington Heights, IL 60004


Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264


R & R Metalcraft, Inc.
11012 North Bakley Street
P.O. Box 577
Huntley, IL 60142


R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682-0085


Racor Home Storage Products
102 South 1st Avenue
Sandpoint, ID 83864


Reel King Ind. PTY, Ltd.
1005 Commons Drive
Aurora, IL 60504


RH Industries, Inc.
810 Morse Avenue
Schaumburg, IL 60193


Safeway Services
OS 490 Route 83
Oakbrook Terrace, IL 60181


Save On Everything
c/o Teller, Levit & Silvertrust
11 East Adams, Suite 800
Chicago, IL 60603


Schulte Corporation
P.O. Box 634342
Cincinnati, OH 45263-4342
```

Shawn C. Fulbright
Thomas R. Jakeway
P.O. Box 1510
Rockford, IL 61110-0010


Sherman Family Healthcare
P.O. Box 93719
Chicago, IL 60673-3719


Showcase Productions
10 East 22nd Street, #111
Lombard, IL 60148


Sirius Technologies, Inc.
P.O. Box 452
Fox River Grove, IL 60021-0452


Slinger, Inc.
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303


Snap Lock Industries
2330 West California Avenue
Salt Lake City, UT 84104


Sprint/Nextel
P.O. Box 541023
Los Angeles, CA 90054


Store Watcher
124 East Main Street
Cary, IL 60013


Sullivan, Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523


The Accessories Group
1123 Delaware Street
Salem, VA 24153


Tivan Incorporated
5331 Frost Pointe
Prior Lake, MN 55372

```
Verizon
26935 Northwest Highway #100CFS
Southfield, MI 48033


WUSN-FM
22521 Network Place
Chicago, IL 60673-7225


Yellow Book USA
P.O. Box 586
Newark, NJ 07101-0586


Zanck, Coen, Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014
```